IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHERI ANN GRAHAM, )
)
        Plaintiff, )
)
vs. ) Case No. 17-CV-177-NJR-SCW
)
EQUIFAX INFORMATION SERVICES, )
LLC, )
)
        Defendant.

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated September 28, 2017 (reflecting the settlement between the parties), this case is **DISMISSED with prejudice**.

    DATED:  December 1, 2017

                                          JUSTINE FLANAGAN, Acting Clerk

                                          By: s/Deana Brinkley
                                                Deputy Clerk

APPROVED: s/ Nancy J. Rosenstengel
                NANCY J. ROSENSTENGEL
                United States District Judge